UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **Alberta Gilbridge-Wonderlin**

Case No.: **24-14704**

Adversary No.: 

Chapter: **13**

Judge: **JNP**

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:  __**Alberta Gilbridge-Wonderlin, debtor**__
(Example: John Smith, creditor)

Old address:  112 Thornhill Road
Cherry Hill NJ  08003

New address:  608 S 48th Street
Philadelphia PA  19143

New phone no.::  _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  **June 28, 2024**                                    /s/ **Alberta Gilbridge-Wonderlin**
                                                                                Signature

*rev. 8/1/2021*