Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 24-14704 (JNP)

Alberta Gilbridge-Wonderlin  
608 South 48Th Street  
Philadelphia, PA  19143

Monthly Payment: $1,764.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/30/2024 | $1,600.00 | 06/27/2024 | $1,730.00 | 07/24/2024 | $1,665.00 | 08/23/2024 | $1,665.00 |
| 10/02/2024 | $1,665.00 | 11/01/2024 | $1,764.00 | 12/13/2024 | $1,764.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ALBERTA GILBRIDGE-WONDERLIN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $3,700.00 | $3,700.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $18,788.45 | $0.00 | $18,788.45 | $0.00 |
| 2 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAVALRY SPV I, LLC | 33 | $2,864.48 | $0.00 | $2,864.48 | $0.00 |
| 4 | JPMORGAN CHASE BANK, N.A. | 33 | $3,191.27 | $0.00 | $3,191.27 | $0.00 |
| 5 | CITIBANK, N.A. | 33 | $4,697.92 | $0.00 | $4,697.92 | $0.00 |
| 6 | CITIBANK, N.A. | 33 | $1,290.27 | $0.00 | $1,290.27 | $0.00 |
| 7 | CITIBANK/THE HOME DEPOT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | EQUIFAX INFORMATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DEPARTMENT OF THE TREASURY | 28 | $3,550.00 | $0.00 | $3,550.00 | $0.00 |
| 11 | MCCALLA RAYMER LEIBERT PIERCE, LLC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PENN CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SALUDA GRADE ALTERNATIVE MORTGAGE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | WELLS FARGO BANK, N.A. | 24 | $303.92 | $64.85 | $239.07 | $0.00 |
| 15 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | TD BANK, N.A. | 33 | $10,181.12 | $0.00 | $10,181.12 | $0.00 |
| 17 | TOWNSHIP OF CHERRY HILL | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | WELLS FARGO BANK, N.A. | 33 | $8,829.87 | $0.00 | $8,829.87 | $0.00 |
| 21 | NEW REZ, LLC | 24 | $24,793.48 | $5,290.39 | $19,503.09 | $0.00 |
| 22 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | CAVALRY SPV I, LLC | 33 | $6,032.95 | $0.00 | $6,032.95 | $0.00 |
| 25 | PHILADELPHIA GAS WORKS | 33 | $6,517.85 | $0.00 | $6,517.85 | $0.00 |
| 26 | DEPARTMENT OF THE TREASURY | 33 | $123.00 | $0.00 | $123.00 | $0.00 |
| 27 | TOWNSHIP OF CHERRY HILL | 24 | $116.52 | $24.87 | $91.65 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2024 | 3.00 | $0.00 |
| 09/01/2024 | Paid to Date | $6,660.00 |
| 10/01/2024 | 56.00 | $1,764.00 |
| 06/01/2029 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $11,853.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,587.60 |
| Arrearages: | $99.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**